UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jerome Moyston</u>

        v.                                   Civil No. 10-cv-30-PB

<u>T. Gordon, et al</u>


<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 28, 2010, no objection having been filed, for the reasons set forth therein. The case is hereby dismissed in its entirety.


       SO ORDERED.


October 18, 2010                           <u>/s/ Paul Barbadoro</u>
                                             Paul Barbadoro
                                             United States District Judge


cc:     Jerome Moyston, pro se